AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CHIDI OLUJIE

_Defendant_

) Case No. 1:23-cr-82
) Assign to: Judge Tanya S. Chutkan
) Date: 03/14/2023
) Description: INDICTMENT (B)
)
)

S. MARSHAL-DC PM3:10
RECEIVED MAR 15 '23

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   CHIDI OLUJIE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments); 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft); 18 U.S.C. § 2 (Aiding and Abetting)

Date: 03/15/2023

City and state: Washington, D.C.

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2023.03.15 11:57:59 -04'00'

_Issuing officer's signature_

Zia M. Faruqui, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 3/15/23, and the person was arrested on _(date)_ 9/4/24
at _(city and state)_ Washington, DC.

Date: 9/4/24

Dana E. H[signature]
_Arresting officer's signature_

Dana E. Houston, Special Agent
_Printed name and title_